Nicholas S. Cady (OSB # 113463)
Cascadia Wildlands
P.O. Box 10455
Eugene, Oregon 97440
Tel: 541-434-1463
Fax: 541-434-6494
Email: nick@cascwild.org

Attorney for Plaintiffs

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| CASCADIA WILDLANDS, an Oregon non-profit corporation; OREGON WILD, an Oregon non-profit corporation; and BENTON FOREST COALITION, an Oregon corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>ALICE CARLTON, in her official capacity as Umpqua National Forest Supervisor; and UNITED STATES FOREST SERVICE, an administrative agency of the United States Department of Agriculture,<br><br>Defendants,<br><br>and<br><br>SWANSON GROUP MFG., LLC, an Oregon limited liability company, and ROSBORO CO., LLC, a Delaware limited liability company.<br><br>Defendant-Intervenors. | Civ. Case No. 6:18-CV-00858-TC<br><br>STIPULATED DISMISSAL WITH PREJUDICE |

STIPULATED DISMISSAL

Pursuant to FRCP 41, all parties hereby stipulate to the voluntary dismissal of this action with prejudice with each party bearing its own costs and fees.

Respectfully submitted and dated this 18th day of October, 2018.

/s/ Nicholas Cady
Nicholas Cady (OSB # 113463)
P.O. Box 10455
Eugene, Oregon 97440
Phone: (541) 434-1463
nick@cascwild.org

*Attorney for Plaintiffs*

/s/ Sara Ghafouri
Sara Ghafouri, Ore. Bar #111021
Lawson E. Fite, Ore. Bar #055573
American Forest Resource Council
5100 S.W. Macadam, Suite 350
Portland, Oregon 97239
Telephone: (503) 222-9505
Fax: (503) 222-3255
Email: sghafouri@amforest.org
Email: lfite@amforest.org

*Attorneys for Defendant-Intervenors*

BILLY J. WILLIAMS
United States Attorney
District of Oregon

/s/ Sean E. Martin
SEAN E. MARTIN (OSB # 054338)
Assistant U.S. Attorney
1000 S.W. Third Ave., Suite 600
Portland, OR   97204-2902
Telephone:  (503) 727-1000

*Attorneys for Defendants*

STIPULATED DISMISSAL